JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wheel Group Holdings, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Cub Electparts, Inc, et al,<br><br>    Defendant(s). | EDCV 17-01294-JVS(PLAx)<br>CV 17-05956-JVS(PLAx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 12, 2019

                                                       James V. Selna
                                           United States District Judge