1  DEBORAH H. PETITO, SBN 118147
     *DPetito@ClarkTrev.com*
2  STEPHEN E. HYAM, SBN 198065
     *SHyam@ClarkTrev.com*
3  CLARK & TREVITHICK
   800 Wilshire Blvd., 12th Floor
4  Los Angeles, California 90017
   Telephone: (213) 629-5700
5  Facsimile: (213) 624-9441

6  Attorneys for Plaintiff Wheel Group
   Holdings, LLC

7

JS-6

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WHEEL GROUP HOLDINGS, LLC, a
    Delaware limited liability company,

12                                        CASE NO. 5:17-CV-001294-JVS
            Plaintiff,                     CASE NO. 2:17-CV-005956-JVS

13      vs.                               **ORDER OF DISMISSAL OF
                                          ACTION WITH PREJUDICE AS
14  CUB ELECTPARTS, INC., a               TO ALL PARTIES AND CLAIMS**
    Taiwanese corporation,
15                                        Assigned to Hon. James V. Selna
            Defendant.
16                                        Trial Date:         March 19, 2019
17  _____
    RON HO ENTERPRISES CO., LTD., a       Discovery Cut-Off:  Nov. 1, 2018
18  Taiwan limited liability company,,    Motion Cut-Off:     Nov. 20, 2018

19          Plaintiff,

20      vs.

21  WHEEL GROUP HOLDINGS, LLC, a
    Delaware limited liability company,
22  d/b/a The Wheel Group, and DOES 1-
    10, inclusive,
23
            Defendants.
24

25

26

27

28

2388785.1 (18011.001)

Pursuant to the stipulation of the parties in this consolidated matter, Plaintiff Wheel Group Holdings, LLC, Cub Elecparts, Inc., and Ron Ho Enterprises, Co., Ltd., the entire case and all causes of action in the consolidated actions of Case No. 5:17-CV-001294-JVS and Case No. 2:17-CV-005956-JVS are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Dated: May 13, 2019

James V. Selna
United States District Judge